IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 1 2 2010

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | No. 3:10CR30006-001 |
| v. | ) | |
| | ) | |
| | ) | |
| SEN CHEN | ) | |
| Defendant | ) | |

### FINAL ORDER OF FORFEITURE

On July 22, 2010, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2 (b).

The United States was required to publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (n)(1). On October 19, 2010, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, specifically from August 4, 2010 through September 2, 2010, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.

More than 30 days have passed since the final publication and no third party petitions have been filed.

Rule 32.2 (b)(4) provides that a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea, plea agreement of the parties, pursuant to Rule 32.2 (b)(4), the Preliminary Order of Forfeiture entered on July 22, 2010 is hereby incorporated by

reference, and shall become final at this time.

    IT IS SO ORDERED this 10th day of November, 2010

                                          HONORABLE JIMM LARRY HENDREN
                                          CHIEF UNITED STATES DISTRICT JUDGE